NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1440


MINNEAPOLIS COMMUNITY DEVELOPMENT AGENCY
and THE CITY OF MINNEAPOLIS,

Appellants,

v.

David L. Bibb,
ACTING ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION,

Appellee.


Charles N. Nauen, Lockridge Grindal Nauen P.L.L.P., of Minneapolis, Minnesota, argued for appellants.  With him on the brief was William A. Gengler.  Of counsel on the brief were Susan L. Segal and Peter W. Ginder, Office of Minneapolis City Attorney, of Minneapolis, Minnesota.

John S. Groat, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee.  With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Bryant G. Snee, Deputy Director.

Appealed from:  Civilian Board of Contract Appeals

Administrative Judge Martha H. DeGraff

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1440

MINNEAPOLIS COMMUNITY DEVELOPMENT AGENCY
and THE CITY OF MINNEAPOLIS,

Appellants,

v.

David L. Bibb,
ACTING ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION,

Appellee.

# Judgment

ON APPEAL from the     Civilian Board of Contract Appeals

in CASE NO(S).     385

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    Per Curiam (MICHEL, Chief Judge and NEWMAN and RADER, Circuit Judges).

        AFFIRMED. See Fed. Cir. R. 36.

        ENTERED BY ORDER OF THE COURT

DATED January 11, 2010          /s/ Jan Horbaly
                                Jan Horbaly, Clerk